UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHIRLEE BROTHERTON,

      Plaintiff,

  v.

USA, et al.,

      Defendants.
_____/

Case Number: 3:14-cv-03335 EDL

ORDER CONTINUING CASE MANAGEMENT CONFERENCE

    You are hereby notified that the Case Management Conference previously scheduled for October 21, 2014 at 10:00 a.m. is continued to October 21, 2014 at 3:00 p.m. Deadlines associated with the Case Management Conference shall remain the same.

Dated: August 11, 2014

*/s/ Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Chief Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEE BROTHERTON,<br><br>    Plaintiff,<br><br>  v.<br><br>USA, et al.,<br><br>    Defendants. | Case Number: 3:14-cv-03335 EDL<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 11, 2014, I SERVED a true and correct copy(ies) of the attached order, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Shirlee Brotherton
452 Flood Ave.
San Francisco, CA 94112

Dated: August 11, 2014

Richard W. Wieking, Clerk

By: /s/ Stephen Ybarra
Deputy Clerk

2