**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEE BROTHERTON, | No. C -14-03335 EDL |
| Plaintiff, | **ORDER FOR REASSIGNMENT** |
| v. | |
| UNITED STATES, et al., | |
| Defendants. | |

In view of the Report and Recommendation filed on August 26, 2014, the clerk shall **REASSIGN** the above-captioned case immediately to a district court judge.

**IT IS SO ORDERED.**

Dated: August 26, 2014

ELIZABETH D. LAPORTE
United States Chief Magistrate Judge