IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEE BROTHERTON,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY AND COUNTY OF SAN FRANCISCO;<br>THE JANET POMEROY CENTER; STATE<br>OF CALIFORNIA; and FEDERAL<br>GOVERNMENT DEPARTMENT OF JUSTICE,<br><br>    Defendants.<br>_____/ | No. C 14-03335 CW<br><br>ORDER ADOPTING<br>MAGISTRATE JUDGE'S<br>REPORT AND<br>RECOMMENDATION<br>REGARDING<br>DISMISSAL |

   The Court has reviewed Magistrate Judge Laporte's Report and Recommendation Re Dismissal.  The time for objections has passed and none were filed, although Plaintiff has submitted a letter asking that the case be removed from the Court.  The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect.  Accordingly,

   IT IS HEREBY ORDERED that the complaint is dismissed with prejudice.  The Clerk is directed to close the file and terminate any pending motions.

Dated: 9/15/2014

                                            CLAUDIA WILKEN<br>
                                            United States District Judge

cc:  MagRef; EDL